No. 02–455. Schmidt *v.* United States et al. C. A. 3d Cir. Certiorari denied.

No. 02–463. ALS Scan, Inc. *v.* Digital Service Consultants, Inc. C. A. 4th Cir. Certiorari denied.

No. 02–476. Independent Petroleum Association of America et al. *v.* Watson, Assistant Secretary for Land and Minerals Management, et al. C. A. D. C. Cir. Certiorari denied.

No. 02–484. Van Poyck *v.* Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 02–504. Brockton Hospital *v.* National Labor Relations Board et al. C. A. D. C. Cir. Certiorari denied.

No. 02–530. Gustafson et al. *v.* Bridgestone/Firestone, Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 02–534. United States ex rel. Clausen *v.* Laboratory Corporation of America, Inc. C. A. 11th Cir. Certiorari denied.

No. 02–540. City of Ferguson, Missouri *v.* International Association of Firefighters of St. Louis. C. A. 8th Cir. Certiorari denied.

No. 02–542. Ballard et al. *v.* Martin et al. Sup. Ct. Ark. Certiorari denied.

No. 02–544. Hodges, Governor of South Carolina *v.* Abraham, Secretary of Energy, et al. C. A. 4th Cir. Certiorari denied.

No. 02–545. Chandler, Director of Human Services of Hawaii, et al. *v.* Lovell et al.; Chandler, Director of Human Services of Hawaii, et al. *v.* Hirata; and Chandler, Director of Human Services of Hawaii, et al. *v.* Ho. C. A. 9th Cir. Certiorari denied. Reported below: 303 F. 3d 1039 (first judgment); 45 Fed. Appx. 781 (second judgment) and 782 (third judgment).